UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Case No. 18-42955

MARIE FRANCIS GANAWAY, *pro se*,   Chapter 7

        Debtor.   Judge Thomas J. Tucker

_____/

## ORDER DISMISSING CASE

On March 6, 2018, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case, and the Debtor also filed, among other documents, a document entitled "Certificate of Counseling" (Docket # 1, at pdf p. 9), which states that on ***July 12, 2017***, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

This Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that:

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition by such individual**, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of the petition*. The Debtor received the credit counseling briefing 237 days before the petition was filed in this case.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on March 6, 2018**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**